430

(No. 6414— )

Savin Business Machines, Claimant, *vs.* State of Illinois, Office of the Lieutenant Governor, Respondent.

*Opinion filed June 13, 1972.*

Normandt and Normandt, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6431— )

Berz Ambulance Service, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Berz Ambulance Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6433— )

Berz Ambulance Service, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Berz Ambulance Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.